**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. KANDI JONES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>1. STANDARD CONSULTING, and )<br>)<br>2. STANDARD TESTING AND )<br>   ENGINEERING COMPANY, )<br>)<br>Defendants. ) | Case No. CIV-16-1020-R |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the parties, and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 11th DAY OF JUNE, 2018.**

 

s/ Amber L. Hurst
Mark Hammons, OBA #3748
Amber L. Hurst OBA #21231
HAMMONS GOWENS & HURST
325 Dean A. McGee Ave.
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
amber@hammonslaw.com
*Attorneys for Plaintiff*

s/ Paul A. Ross
(*Signed by filing counsel with permission*)
Paul A. Ross, OBA #19699
Joshua W. Solberg, OBA #22308
McAfee & Taft A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621
Facsimile: (405)235-0439
paul.ross@mcafeetaft.com
josh.solberg@mcafeetaft.com
*Attorneys for Defendant Standard Consulting, LLC*


s/Robert A. Bragalone
(*Signed by filing counsel with permission*)
Robert A. Bragalone, OBA No. 31398
101 Park Avenue, Suite 1300
Oklahoma City, OK 73102
Telephone: (405) 445-6280
Facsimile: (405) 213-1556
bbragalone@gordonrees.com
dscott@gordonrees.com

-and-

David A. Scott, Texas Bar No. 17894515
Gordon Rees Scully Mansukhani, LLP
2200 Ross Avenue, Suite 4100 West
Dallas, Texas 75201
Telephone: (214) 231-4727
Facsimile: (214) 461-4053
dscott@gordonrees.com
*Attorneys for Defendant, Standard Testing and Engineering Company*